JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MYERS, | Case No. SACV14-00406-JLS (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALLSTATE INDEMNITY COMPANY, DOES 1 to 20, inclusive, | |
| Defendants. | |

The Court having granted Defendant Allstate Indemnity Company's Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment (Doc. 28) and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff Diane Myers take nothing by way of her Complaint, and a judgment be entered in favor of defendant Allstate Indemnity Company and against plaintiff Diane Myers on the Complaint; and

2. Defendant Allstate Indemnity Company recover from Plaintiff Diane Myers costs incurred herein, as shall be determined and incorporated into an Amended Judgment.

Dated: June 26, 2015

———————————————————
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE