FILED

UNITED STATES COURT OF APPEALS

OCT 30 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DIANE MYERS,

    Plaintiff - Appellant,

v.

ALLSTATE INDEMNITY CO.,

    Defendant - Appellee.

No. 15-56046

D.C. No. 8:14-cv-00406-JLS-DFM
Central District of California,
Santa Ana

ORDER

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation